## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Mark Edwin Volkers                                                    Case No.: 12-60934
Mary Magdalene Volkers                                                Chapter 7

        Debtors.


### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an accountant is necessary to represent or assist Trustee in carrying out the Trustee's duties as follows: Advise the Trustee as to tax consequences of asset management and where necessary prepare a tax return for the bankruptcy estate.

3. Desautels Bartowsiewski & Associates is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $130 per hour.

5. Said professional has disclosed to the undersigned that he has the following connections with the Debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.


Dated: April 4, 2013                        Signed: /e/ Erik A. Ahlgren_____
                                                    Erik A. Ahlgren, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Mark Edwin Volkers
Mary Magdalene Volkers,

Case No.: 12-60934
Chapter 7

Debtors.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

Desautels Bartowsiewski & Associates, the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1. Desautels Bartowsiewski & Associates does not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. Desautels Bartowsiewski & Associates does not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State Trustee, or any person employed in the offices of the United States Trustee, except for the following: None.

Dated: 4-3-13

Jeffrey Dinham, CPA
1309 Highway 29 North
PO Box 759
Alexandria MN  56308
320-763-5188

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Mark Edwin Volkers                                               Case No.: 12-60934
Mary Magdalene Volkers.                                          Chapter 7

      Debtors.

## ORDER

The trustee's application to approve his employment of Desautels Bartowsiewski & Associates as his accountants came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

**IT IS ORDERED:** The employment is approved.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| Mark Edwin Volkers | Case No.: 12-60934 |
| Mary Magdalene Volkers, | Chapter 7 |

       Debtors.

**UNSWORN CERTIFICATE OF SERVICE**

    I, Lisa Ahlgren, declare under penalty of perjury that on April 4, 2013 the following entities were served electronically via CM/ECF

    Michael Blee
    Office of the United States Trustee, ustpregion12.mn.ecf@usdoj.gov

| | |
|---|---|
| Executed on: April 4, 2013 | Signed:  /e/ Lisa Ahlgren |
| | Lisa Ahlgren |